UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN MICHAEL STEVENS,

Petitioner,

v.

MATTHEW KENDALL,

Respondent.

Case No. 21-cv-07604-WHO (PR)

**ORDER OF DISMISSAL**

Mail sent by the Court to petitioner was returned as undeliverable more than 60 days ago.  (Dkt. No. 5.)  Accordingly, this federal habeas corpus action is DISMISSED (without prejudice) because petitioner failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, petitioner may move to reopen the action.  Any motion to reopen must have the words MOTION TO REOPEN on the first page.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 18, 2022



_____
WILLIAM H. ORRICK
United States District Judge